IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBIN RAPAI, individually and on behalf of a class of persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 16-cv-10546 |
| v. | ) ) ) | Hon. Robert W. Gettleman |
| LAWRY'S THE PRIME RIB, INC., and LAWRY'S RESTAURANTS, INC. | ) ) ) | Magistrate Daniel G. Martin |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL
OF THE PARTIES' CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Robin Rapai, individually and on behalf of a class of persons similarly situated, by her attorneys, respectfully moves for the entry of an Order granting final approval of the Parties' Class Action Settlement Agreement and Release (the "Settlement Agreement"). In support of her motion, Plaintiff submits a supporting Memorandum of Law, the Declaration of Class Counsel, and the Declaration of Zachary Cooley as authorized agent of the Class Administrator, and states as follows:

1. On November 9, 2017, this Court granted preliminary approval of the Parties' Settlement Agreement and Release. (Doc. Nos. 40, 41).

2. Final approval is appropriate where the court determines that a settlement is fair, adequate, and reasonable. *Synfuel Techs., Inc. v. DHL Express (USA), Inc.*, 463 F.3d 646, 652 (7th Cir. 2005).

3. The Settlement in this case was achieved with the assistance of this Court in good faith and through arms-length negotiations, and is not the product of fraud or collusion.

4. The Settlement offers substantial monetary relief to the participating Class Members.

5. The Settlement is supported by the Class Members. No Class Member submitted a request for exclusion or objected to the Settlement. These facts show strong support for the Settlement.

6. Plaintiff has provided the Class Members with adequate notice of the terms and conditions of the Settlement in a manner intended to maximize their due process rights.

7. Additionally, experienced Class Counsel have extensively analyzed the claims and issues herein, and certify that the Settlement is fair, reasonable, and adequate, and in the best interest of the Class Members. Thus, the Court should grant final approval of the Settlement, find the Settlement fair, reasonable, adequate, and in the best interests of the Class Members, approve Class Counsel's request for an award of attorneys' fees and costs, approve the Incentive Payment to the Class Representative, and enter the Parties' proposed final approval order dismissing this action.

WHEREFORE, Plaintiff respectfully request that this Honorable Court enter the proposed Final Approval and Dismissal Order attached as Exhibit 1 to Plaintiff's Memorandum of Law. Respectfully submitted,

        Respectfully submitted,

        ROBIN RAPAI, individually and on behalf of a
        class of persons similarly situated,

        /s/ James X. Bormes
        One of Plaintiff's Attorneys

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, Illinois 60603
(312) 201-0575