# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Robin Rapai

                              Plaintiff,

v.                                                                       Case No.: 1:16–cv–10546
                                                                     Honorable Daniel G. Martin

Lawry's Restaurants, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 20, 2018:

      MINUTE entry before the Honorable Daniel G. Martin: Final approval hearing held. Plaintiffs oral motion to accept two additional claims after the filing deadline is granted over the Defendants objection as stated on the record. For the reasons stated in open court, plaintiffs motion for final approval of the parties class action settlement agreement [42] is granted. The parties shall submit a new Final Approval Order that identifies the full settlement amount no later than 2/23/2018.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.