**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROBIN RAPAI, individually and on behalf of a class of persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | 16-cv-10546 |
| v. | ) ) | Magistrate Judge Daniel G. Martin |
| LAWRY'S THE PRIME RIB, INC., and LAWRY'S RESTAURANTS, INC. | ) ) ) | |
| Defendants. | ) | |

**FINAL APPROVAL AND DISMISSAL ORDER**

This matter coming before the Court on the request of Plaintiff for final approval of the Parties' Class Action Settlement Agreement and Release ("Settlement Agreement"), and for dismissal, and having considered the papers submitted to the Court and proceedings to date,

**THE COURT FINDS AS FOLLOWS:**

1. This Court has jurisdiction over the subject matter of the Litigation, the Plaintiff, the Class Members, and Defendants;

2. The dissemination of the Class Notice, as provided for in the Settlement Agreement, constituted the best practicable notice under the circumstances to all members of the Settlement Class and fully met the requirements of Fed. R. Civ. P. 23, any and all substantive and procedural due process rights guaranteed by the United States Constitution and any other applicable law;

3. No Class Member opted out of the Settlement;

4. No Class Member objected to the Settlement;

5. The Court finds the Settlement is fair, reasonable and adequate.

**THEREFORE, IT IS HEREBY ORDERED:**

    A.    That all defined terms contained herein shall have the same meanings as set forth in the Parties' Settlement Agreement;

    B.    The Court gives final approval of the Settlement as fair, reasonable, and adequate to the Plaintiff and to each Class Member, and in their best interests, and in full compliance with all requirements of due process and federal law. The Settlement is finally approved in all respects and its terms and provisions shall be consummated;

    C.    The Court hereby dismisses with prejudice the Litigation, all claims contained therein, and bars and permanently enjoins all Class Members who worked for Defendants and who did not opt-out of the Settlement from prosecuting any released claims against Defendants;

    D.    The Court finds that Plaintiff and Class Counsel adequately represented the Class for the purposes of entering into and implementing the Settlement;

    E.    The Court approves the settlement payments to be made to each of the 30 participating Class Members, in the total amount of $22,560.00;

    F.    The Court approves the payment of attorneys' fees, costs, and expenses to Class Counsel (the "Attorneys' Fees and Costs Award") in the total amount of $13,500.00. The Attorneys' Fees and Costs Award shall be distributed to Class Counsel in accordance with the terms of the Settlement Agreement;

    G.    The Court approves the Incentive Award to the Plaintiff as compensation for her time in the amount of $3,000.00, distributed in accordance with Settlement Agreement;

    H.    That, except as otherwise provided in the Settlement Agreement or herein, the settling Parties are to bear their own attorneys' fees and costs; and

    I.    The Court dismisses this action in its entirety.

Dated: February 26, 2018

_____
Hon. Daniel G. Martin
United States Magistrate Judge